MEMORANDUM OPINION



No. 04-09-00364-CV



Jose ESCOBEDO,


Appellant



v.



Josie Caballero MEDILLIN, Alfonso Caballero, and David Caballero,


Appellees



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2006-CI-04003


Honorable Andy Mireles, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Chief Justice

 Karen Angelini, Justice

 Marialyn Barnard, Justice


Delivered and Filed: October 28, 2009


MOTION TO DISMISS GRANTED AND APPEAL DISMISSED

 Appellant filed a motion to dismiss this appeal. We grant the motion. See Tex. R. App. P.
42.1(a)(1). No costs shall be assessed against appellant because he is indigent.


 PER CURIAM